# United States Court of Appeals
## For the First Circuit

No. 25-1063

NORTH END CHAMBER OF COMMERCE, INC.; 119 SALEM ST., INC., d/b/a Ristorante Euno; ANTICO FORNO, INC., d/b/a Antico Forno; AQUA PAZZA, INC., d/b/a Aqua Pazza; ASSAGGIO, INC., d/b/a Assaggio; DOLCE, INC., d/b/a Dolce; FULL COMP, INC., d/b/a Mare Oyster Bar; IL PANINO EXPRESS, INC., d/b/a Quattro Ristorante; IL PANINO, INC., d/b/a Trattoria Il Panino [Parmenter St.]; MARNICO, INC., d/b/a Nico Ristorante; MONICA'S TRATTORIA ON PRINCE, INC., d/b/a Monica's Trattoria; MONICA'S, INC., d/b/a Vinoteca Di Monica, d/b/a Monica's Restaurant; NICOMAR, INC., d/b/a Strega; SCHIAFFO, INC., d/b/a Carmelina's; STREGA PIZZERIA & CAFE CORP., d/b/a Rina's; TERRAMIA, INC., d/b/a Terramia Ristorante; TRATTORIA IL PANINO HANOVER, INC., d/b/a Trattoria Il Panino [Hanover St.]; TRESCA RESTAURANT GROUP, LLC, d/b/a Tresca; UMBRIA NORTH END, INC., d/b/a Umbria; VADO PAZZO, INC., d/b/a Bricco Ristorante & Enoteca; VILLA FRANCESCA'S, INC., d/b/a Ristorante Villa Francesca,

Plaintiffs, Appellants,

CASARECCE LLC, d/b/a Casarecce Restaurant,

Plaintiff,

v.

CITY OF BOSTON,

Defendant, Appellee.

**JUDGMENT**
Entered: July 30, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's dismissal of counts I–V without leave to amend and its denial of plaintiffs' motion to continue are affirmed.  The district court's dismissal of count VI is vacated, and the matter is remanded with instructions to dismiss that claim without prejudice.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Hon. Leo T. Sorokin, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, James J. Cipoletta, Thomas C. Frongillo, Kieran G. Altieri, Samantha H. Fuchs, Samuel Dinning